**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 12 2018

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

LARRY GRAHAM, Derivatively on Behalf
Of Nominal Defendant WINDSTREAM
HOLDINGS, INC.,

      Plaintiff,

v.

Case No. 4:18cv 755-BRW

ANTHONY W. THOMAS, et al.,

      Defendants,

WINDSTREAM HOLDINGS, INC.

      Nominal Defendant.

---

## NOTICE OF RELATED CASE

---

Pursuant to General Order 39 (5), this action is related another shareholder derivative action involving common factual and legal issues pending in this Court and captioned *Graham v. Wells,* Case No. 4:18-cv-709-JMM. The related case is assigned to Judge James M. Moody, Jr.

The Court should consider assignment of this like derivative action to Judge Moody, because the same facts, circumstances, and transactions are at issue here that are also at issue in there.  As such, judicial economy will be maximized by assigning this case to Judge Moody.

DATED:  October 12, 2018

Respectfully submitted,

**POYNTER LAW GROUP**

Scott Poynter, AR Bar No. 90077
400 W. Capitol Ave., Suite 2910
Little Rock, AR 72201
Telephone:  (501) 251-1587
Facsimile:  (501) 244-2614
scott@poynterlawgroup.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ASHLEY R. RIFKIN
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
        soddo@robbinsarroyo.com
        arifkin@robbinsarroyo.com

*Attorneys for Plaintiff Larry Graham*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Related Case will be served on the Defendants in accordance with General Order 39 with the summons and complaint.